THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00106-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **J U D G M E N T** |
| ) | |
| ) | |
| $28,720.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**FOR THE REASONS** stated in the Memorandum of Decision and Order filed contemporaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that a Judgment of Forfeiture is hereby entered in favor of the United States against all persons and entities in the world against the Defendant Property $28,720.00 in United States Currency. Any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein.

Signed: October 20, 2014

Martin Reidinger
United States District Judge